PHILLIP A. TALBERT
Acting United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:14-CR-00040-08 WBS |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) CONTINUING JUDGMENT AND |
| | ) SENTENCING DATE |
| MARTIN LOPEZ, | ) |
| | ) |
| | ) Judge: Hon. WILLIAM B. SHUBB |
| Defendant. | ) |
| | ) |
| | ) |

**STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. This matter was previously set for a Judgment and Sentencing Hearing on November 28, 2016.
2. By this Stipulation, the parties now move to continue the Judgment and Sentencing Hearing until December 12, 2016, at 9:00 a.m.

**IT IS SO STIPULATED.**

///

Stipulation to Continue                    1                    United States v. Lopez

```
DATED: November 23, 2016        /s/ Justin L. Lee
                                JUSTIN L. LEE
                                Assistant U.S. Attorney

DATED: November 23, 2016        /s/ Clemente Jimenez
                                CLEMENTE JIMENEZ
                                Attorney for MARTIN LOPEZ
```

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  November 23, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE