PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00040-08 WBS |
| Plaintiff, | ORDER SEALING DOCUMENTS AS SET FORTH IN UNITED STATES'S NOTICE |
| v. | |
| MARTIN LOPEZ, | |
| Defendant. | |

Pursuant to Local Rule 141(b) and based upon the representations contained in the United States's Request to Seal and the factors set forth in *In Re Copley Press, Inc.*, 518 F.3d 1022, 1028 (9th Cir. 2008), IT IS HEREBY ORDERED that the two-page document pertaining to defendant Martin Lopez, and United States's Request to Seal shall be SEALED until further order of this Court. It is further ordered that access to the sealed documents shall be limited to the United States and counsel for the defendant.

The United States is ordered to file a supplemental sentencing brief for the reasons set forth at the December 12, 2016 sentencing hearing.

Dated: December 21, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE