UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>       v.<br><br>MARTIN LOPEZ,<br><br>                     Defendant. | CASE NO. 2:14-CR-00040-WBS<br><br>ORDER GRANTING RULE 35 MOTION |

     Upon consideration of the United States's motion pursuant to Rule 35 of the Federal Rules of Criminal Procedure filed under seal on October 12, 2017, and for the reasons set forth in the United States's motion, the Court GRANTS the United States's Rule 35 motion. The Court's December 12, 2016 Judgment imposing a sentence of incarceration of 72 months shall be reduced by 18 months to a total term of 54 months incarceration. All other aspects of the original judgment shall remain in full force and effect. An amended Judgment shall issue.

IT IS SO ORDERED.

Dated: October 13, 2017

                                            WILLIAM B. SHUBB
                                            UNITED STATES DISTRICT JUDGE